UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSEPH HARTSOCK, <br><br> Plaintiff, <br><br> v. <br><br> SARAH SNOWDEN Mrs., Private Contractor, <br> ROBERT DUPREY Private Contractor, <br> BRANDY LEEK Private Contractor, <br> STACI BREWER R.N., <br> CENTURION, <br> DONNA BUMGARDNER, <br> HEATHER RUSSELL ADA Coordinator, <br> TIM PHEGLEY, <br> DAVID MIKLES, <br> MCCLUSKEY C/W, <br> HACKER, <br> WEBB C/W, <br> SCHUETZ C/W, <br> HOUGHETT Captain, <br> ADAM CORNELSON, <br> MIKE RAINS, <br> DUSHUAN ZATECKY, <br> DUGGAN C/O, <br><br> Defendants. | No. 2:23-cv-00477-MPB-MKK |

**FINAL JUDGMENT**

Final Judgment under Rule 58 of the Federal Rules of Civil Procedure is now entered in favor of Defendants and against Plaintiff on all claims.

This action is now closed.

Dated: May 13, 2024

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JOSEPH HARTSOCK
966460
ALLEN COMMUNITY CORRECTIONS RESIDENTIAL SERVICES
7117 Venture Lane
Ft. Wayne, IN 46818

All Electronically Registered Counsel